IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Civil Action No. _____ |
| Plaintiff, | |
| v. | Rule 7.1 Statement |
| MARIA RESTAURANT<br>a/k/a MALDONADOS RESTAURANT<br>and MARIA MALDONADO<br>a/k/a MARIA P. SEGURA, | |
| Defendants, | |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J & J Sports Productions, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date: June 20, 2007                                                    /s/ Paul J. Hooten
                                                                                   Signature of Attorney
                                                                                    Paul J. Hooten, Esq.
                                                                                    Attorney Bar Code: PJH9510