## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

————————————————————

**J & J SPORTS PRODUCTIONS, INC.,**

    PLAINTIFF

  – vs. –

**MARIA RESTAURANT AKA MALDONADOS RESTAURANT ET ANO**,

    DEFENDANT

————————————————————

Index No: **07 CIV 5931**
Date Filed: **06/21/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **07/12/2007** at **2:07PM** at **283 E. 170TH STREET , BRONX, NY 10456,** I served a true copy of the **SUMMONS AND COMPLAINT** upon **MARIA RESTAURANT AKA MALDONADOS RESTAURANT** the **DEFENDANT** therein named by delivering to, and leaving personally with **AYDE VIVES, MANAGING AGENT,** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| **SEX: FEMALE** | COLOR: **BROWN** | HAIR: **BROWN** |
| APP. AGE: **30** | APP. HT: **5'4** | APP. WT: **160** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **07/13/2007**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

LOAI SARSOUR – 1133509
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP



