UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
PROSTAR, INC.,

                Plaintiff           06 CV 3284

-AGAINST-

MARIA RESTAURANT
a/k/a MALDONADO RESTAURANT
and MARIA MALDONADO        **DEFAULT JUDGMENT**
a/k/a MARIA P. SEGURA

                Defendant
-----------------------------------------------------X

      This action having been commenced on April 28, 2006 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Maria Restaurant, a/k/a Maldonado Resraurant, and Maria Maldonado a/k/a Maria P. Segura on May 15, 2006, and a proof of service having been filed on June 8, 2006 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from July 30, 2004, amounting to $4,200.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $24,670.00.

Dated: New York, New York

_____

                                      _____
                                      Harold Baer, Jr.
                                      United States District Judge

                                      This document was entered on the docket
                                      on _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
PROSTAR, INC.,

                Plaintiff         06 CV 3284

  -AGAINST-

MARIA RESTAURANT
a/k/a MALDONADO RESTAURANT
and MARIA MALDONADO        **AFFIDAVIT FOR JUDGMENT**
a/k/a MARIA P. SEGURA          **BY DEFAULT**

                Defendant
-----------------------------------------------------X

STATE OF NEW YORK    )
                        )    ss:
COUNTY OF NEW YORK  )

      Paul J. Hooten, being duly sworn, deposes and says:

  I am a member of the Bar of this Court and am associated with the

firm of Paul J. Hooten & Associates, attorney for plaintiff in the above-entitled action

and I am familiar with all the facts and circumstances in this action.

    1.  I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil

Rules for the Southern District of New York, in support of plaintiffs application for the

entry of a default judgment against defendant.

    2.    This is an action to recover the unauthorized exhibition of the telecast

of the July 30, 2004, boxing match between Mike Tyson and Danny Williams by the

defendant at it's establishment.  See attached summons and complaint attached hereto as

Exhibit "A".

    3.  This action was commenced on April 28, 2006 by the filing of the summons and

complaint.  A copy of the summons and complaint was served on the defendant on May

15, 2006 by service on Maria Maldonado, Managing Agent.   The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

    4.   This action seeks judgment in the amount of $20,000.00, plus interest at 9% from July 30, 2004, amounting to $4,200.00, plus costs and disbursements of this action in the amount of $470.00 amounting in all to $24,670.00.

    WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York
       December 8, 2006

                        /s/ Paul J. Hooten
                        Paul J. Hooten (PJH9510)

Sworn to before me this
 8th day of December, 2006


/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
PROSTAR, INC.,

                            Plaintiff                  06 CV 3284

  -AGAINST-

MARIA RESTAURANT
a/k/a MALDONADO RESTAURANT
and MARIA MALDONADO                 **STATEMENT OF DAMAGES**
a/k/a MARIA P. SEGURA
                        Defendant
--------------------------------------------------X


Amount of judgment ...........................……………………  $20,000.00

Interest at 9% from July 30, 2004 through December 8, 2006 …......$ 4,200.00

Costs and Disbursements:

Clerk's fee ………………………………………………………  $   350.00
Process Server fee for service …………………………………..  $   120.00


Total as of December 8, 2006..............................................……  $24,670.00