UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                Plaintiff                07 CV 5931

-AGAINST-

MARIA RESTAURANT
a/k/a MALDONADOS RESTAURANT
and MARIA MALDONADO        **DEFAULT JUDGMENT**
a/k/a MARIA P. SEGURA

                Defendant
-----------------------------------------------------X

      This action having been commenced on June 21, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Maria Restaurant a/k/a Maldonados Restaurant and Maria Maldonado a/k/a Maria P. Segura, on July 12, 2007 by personal service on Maria Restaurant a/k/a Maldonados Restaurant and Maria Maldonado a/k/a Maria P. Segura, and a proof of service having been filed on July 16, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $20,000.00 with interest at 9% from June 25, 2005, amounting to $4,650.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $25,120.00.

Dated: New York, New York
       _____

                                     _____
                                     Deborah A. Batts
                                     United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                Plaintiff        07 CV 5931

  -AGAINST-

MARIA RESTAURANT          **AFFIDAVIT FOR**
a/k/a MALDONADOS RESTAURANT  **JUDGMENT BY DEFAULT**
and MARIA MALDONADO
a/k/a MARIA P. SEGURA

                Defendant
-----------------------------------------------------X

STATE OF NEW YORK  )
                          ) ss:
COUNTY OF NEW YORK  )

      Paul J. Hooten, being duly sworn, deposes and says:

   I am a member of the Bar of this Court and am associated with the firm of Paul J. Hooten & associates, attorney for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

   1. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiffs application for the entry of a default judgment against defendant.

   2. This is an action to recover the unauthorized exhibition of the telecast of the June 25, 2005, boxing match between Gatti and Mayweather by the defendant. See attached summons and complaint attached hereto as Exhibit "A".

   3. This Action was commenced on June 21, 2007 by the filing of the

Summons and complaint. A copy of the summons and complaint was served on the defendant on July 12, 2007 by service on Ayde Vives, Managing Agent. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

    4. This action seeks judgment for the liquidated amount of $20,000.00, plus interest at 9% from June 25, 2005, amounting to $4,650.00, plus costs and disbursements of this action in the amount of $470.00, amounting in all to $25,120.00.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York

    February 15, 2008

                                   /s/ Paul J. Hooten
                                   Paul J. Hooten

Sworn to before me this 15th
Day of February, 2008


/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County Commission Expires August 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTONS, INC.

                Plaintiff         07 CV 5931

  -AGAINST-

MARIA RESTAURANT
a/k/a MALDONADOS RESTAURANT
and MARIA MALDONADO        **STATEMENT OF DAMAGES**
a/k/a MARIA P. SEGURA

                Defendant
-----------------------------------------------------X


Principal amount sued for …………………………………     $20,000.00

Interest at 9% from June 25, 2005 through January, 2008 ……   $ 4,650.00

Costs and Disbursements:

Clerk's fee …………………………………………………     $   350.00
Process Server fee for service …………………………………..     $   120.00


Total as of January, 2008 …………………………………     $25,120.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
J & J SPORTS PRODUCTIONS. INC.

                   Plaintiff                   07 CV 5931

-AGAINST-

MARIA RESTAURANT
a/k/a MALDONADOS RESTAURANT
and MARIA MALDONADO         **CERTIFICATE OF SERVICE**
a/k/a MARIA P. SEGURA

                   Defendant
----------------------------------------------------X

I certify that a copy of the Default Judgment, Affidavit for Judgment by Default, and

Statement of Damages was sent via U.S. Postal Service, postage prepaid, first class mail,

addressed to the following on February 15, 2008:

Maria Restaurant
a/k/a Maldonados Restaurant
283 E. 170th Street
Bronx, NY 10456

Maria Maldonado
1363 Findlay Avenue, Apt 6F
Bronx, NY 10456

                                           /s/ Paul J. Hooten
                                           Paul J. Hooten, Esquire
                                           Attorney for Plaintiff
                                           5505 Nesconset Highway, Suite 203
                                           Mt. Sinai, NY 11766
                                           Telephone (631) 331-0547