UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                    Plaintiff                    07 CV 5931 (DAB)

  -AGAINST-

MARIA RESTAURANT
a/k/a MALDONADOS RESTAURANT
and MARIA MALDONADO                **DEFAULT JUDGMENT**
a/k/a MARIA P. SEGURA

                    Defendant
-------------------------------------------------------X

       This action having been commenced on June 21, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Maria Restaurant a/k/a Maldonados Restaurant and Maria Maldonado a/k/a Maria P. Segura, on July 12, 2007 by personal service on Maria Restaurant a/k/a Maldonados Restaurant and Maria Maldonado a/k/a Maria P. Segura, and a proof of service having been filed on July 16, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $20,000.00 with interest at 9% from June 25, 2005, amounting to $4,650.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $25,120.00.

Dated: New York, New York
       April 15, 2008

                                                Deborah A. Batts
                                                United States District Judge